# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:19-cr-478-MC |
| v. | ORDER TO DISMISS |
| JERRY DEAN MCCARTHY, aka<br>JERRY JOE SAVAGE | Rule 48(a) Fed. R. Crim. P. |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss the Indictment without prejudice pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the Indictment against Defendant, Jerry Dean McCarthy, aka Jerry Joe Savage, in the above-captioned case, filed on October 1, 2019, be DISMISSED without prejudice.

Dated: November __2__, 2023

 /s/Michael J. McShane
HONORABLE MICHAEL J. MCSHANE
United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Rachel K. Sowray*
**RACHEL K. SOWRAY, OSB #095159**
Special Assistant United States Attorney

**Order Dismissing Indictment without Prejudice** — Page 1
Revised March 2018